UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF | § | C.A. No. 4:23-cv-02879 |
| THE GRAND, LTD. AS OWNER OF THE | § | |
| DERRICK BARGE MR. TWO HOOKS, ITS | § | In Admiralty Pursuant to Rule 9(h) |
| ENGINES, GEAR, TACKLE, ETC. IN A | § | |
| CAUSE FOR EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | |

**ORDER DIRECTING CLAIMANTS TO FILE AND MAKE PROOF OF CLAIM,
DIRECTING THE ISSUANCE OF NOTICE, AND
<u>RESTRAINING PROSECUTION OF CLAIMS</u>**

A Complaint having been filed herein on the 4th day of August 2023 by The Grand LTD. ("The Grand") as owner of the derrick barge MR. TWO HOOKS, claiming exoneration from or limitation of liability, as provided in 46 U.S.C. § 30501, *et. seq.*, for all losses, damages, deaths, injuries, or destruction allegedly occurring during the voyage of the vessel referred to in the Complaint, to which Petitioner has attached and stated herein the value of its interest in the said vessel, flotilla and pending freight, if any:

NOW THEREFORE, on motion of SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM, PLLC, attorneys for Petitioner,

IT IS ORDERED a Monition issue out of and under seal of this Honorable Court against any and all persons claiming damages for any and all loss of life, personal injury, or destruction, damage or loss occasioned by or resulting from the alleged happenings and occurrences on or about October 4, 2022, as alleged in the said Complaint, citing them to file their respective claim with the Clerk of this Honorable Court and serve on or mail a copy thereof to Susan Noe Wilson, SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM, PLLC, 1001 McKinney St., Suite 1400 Houston, Texas 77002, on or before the 27th day of October 2023, subject to the right of any person

or persons claiming damages as aforesaid, who shall have presented his, their, or its claim under oath to answer said Complaint and to controvert or question the same;

IT IS FURTHER ORDERED, in accordance with Rules F(4) and F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, that Notice shall issue out of and under seal of this Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation admonishing them to file their respective claims, in writing, with the Clerk of this Court and serve a copy on attorneys for Petitioner on or before the 27th day of October 2023, at 10:00 o'clock A.M. and requiring any claimant who desires to contest either the right to exoneration from liability or the right to limitation of liability to file and serve on Petitioner's attorneys an answer to the Complaint, unless the claim has included an answer, on or before the date aforementioned or be defaulted; and

IT IS FURTHER ORDERED that the aforesaid Notice be published by counsel for Petitioner in The Daily Court Review, a newspaper of general circulation in Houston, Texas once each week for four consecutive weeks prior to the date fixed for the filing of claims, as set forth in the said Notice and copies of the Notice shall also be mailed, in accordance with the same Supplemental Rule R; and

IT IS FURTHER ORDERED that the beginning or prosecution of any and all suits, actions or legal proceedings of any nature or description whatsoever against or involving Petitioner, its insurers or underwriter, or the derrick barge MR. TWO HOOKS, its insurers and underwriters, masters and crew, and any policies of insurance for Petitioner and/or the MR. TWO HOOKS, or against any property of Petitioner except in these proceedings of any claims arising out of or consequent upon or connected with any loss, damage, death, injury or destruction resulting from

the matter referred to in the Complaint be, and they are hereby prohibited, stayed, and restrained until the hearing and determination of this proceeding; and

   IT IS FURTHER ORDERED that service of this restraining order be made by Petitioner by mailing a duly certified copy thereof to prospective claimants by United States mail, registered or certified, with first class postage prepaid.

   Houston, Texas on this _____ day of _____ 2023.

                   _____
                   UNITED STATES DISTRICT JUDGE