UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | |
| PETITION OF THE GRAND, LTD. | § | CIVIL ACTION NO.: |
| AS OWNER OF THE DERRICK | § | 4:23-CV-02879 |
| BARGE MR. TWO HOOKS, ITS | § | |
| ENGINES, GEAR, TACKLE, ETC. | § | In Admiralty Pursuant to Rule 9(h) |
| IN A CAUSE FOR EXONERATION | § | |
| FROM OR LIMITATION OF | § | |
| LIABILITY | § | |

## CLAIMANT JOSHUA SANTOS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Claimant Joshua Santos, through undersigned counsel, provides this listing of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent or subsidiary corporations, or other legal entities that may have a financial interest in the outcome of this case.

1. Joshua Santos (Claimant)

2. Morrow & Sheppard, LLP (Law firm of Claimant's attorneys)

3. John D. Sheppard (Attorney-in-charge for Claimant) and P. Hogan Leatherwood (Attorney for Claimant)

4. The Grand, Ltd. (Petitioner and owner of the D/B MR TWO HOOKS)

5. Susan Noe Wilson, Michael W. Hogue, and Dylan Speck (Attorneys for Petitioner The Grand, Ltd.)

1

6. Schouest, Bamdas, Soshea, BenMaier & Eastham PLLC (Law firm of The Grand, Ltd. Petitioner's attorneys)

7. Fugro, Inc. (Defendant in underlying Harris County lawsuit)

8. Fugro (USA), Inc. (Defendant in underlying Harris County lawsuit)

9. Fugro USA Marine, Inc. (Defendant in underlying Harris County lawsuit)

10. Jefferson R. Tillery, Lara N. Dicristina, and Melanie Fridgant (Attorneys for Fugro Defendants)

11. Jones Walker LLP (Law firm of Fugro Defendants' attorneys)

12. Laredo Construction, Inc. (Defendant in underlying Harris County lawsuit)

13. Laredo Offshore Services, Inc. (Defendant in underlying Harris County lawsuit)

14. Susan Noe Wilson, Michael W. Hogue, and Dylan Speck (Attorneys for Laredo Defendants)

15. Schouest, Bamdas, Soshea, BenMaier & Eastham PLLC (Law firm of Laredo Defendants' attorneys)

                                               Respectfully submitted,

                                               /s/ *John D. Sheppard*
                                               John D. Sheppard
                                               Attorney-In-Charge

        State Bar No. 24051331
        Federal Bar No. 635193
        Nicholas A. Morrow
        State Bar No. 24051088
        Federal Bar No. 611443
        P. Hogan Leatherwood
        State Bar No. 24100138
        Federal Bar No. 3596603
        Morrow & Sheppard LLP
        5151 San Felipe, Ste 100
        Houston, Texas 77056
        713-489-1206 (telephone)
        713-893-8370 (facsimile)
        All e-service to:
        msfiling@morrowsheppard.com
        jsheppard@morrowsheppard.com
        nmorrow@morrowsheppard.com
        hleatherwood@morrowsheppard.com

        **COUNSEL FOR CLAIMANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2023, I served this instrument electronically on all counsel of record in accordance with the Federal Rules of Civil Procedure via the ECF system.

        */s/ John D. Sheppard*
        John D. Sheppard