

SUSAN NOE WILSON  
snoewilson@sbsb-eastham.com

MICHAEL W. HOGUE  
mhogue@sbsb-eastham.com

May 31, 2024

***Via Federal Electronic Service***  
Honorable Judge David Hittner  
United States District Court, Southern District  
515 Rusk Street, Room 8509  
Houston, Texas 77002

    **RE:**    Cause No.2023-08074; *Joshua Santos v. Fugro, Inc., Fugro (USA), Inc., Fugro USA Marine, Inc., Laredo Construction, Inc., and Laredo Offshore Services, Inc.* in the United States District Court for the Southern District of Texas, Houston Division.

## JOINT STATUS REPORT OF PETITIONER AND CLAIMANT

Honorable Judge Hittner,

Please allow this correspondence to serve as ***Petitioner and Claimant's Joint Status Report*** pursuant to this Court's Order dated March 19, 2024 (Doc. No. 46).

### I.   BACKGROUND

The underlying personal injury case Joshua Santos v. Fugro, Inc., Fugro (USA), Inc., Fugro USA Marine, Inc., Laredo Construction, Inc., and Laredo Offshore Services, Inc. C.A. No. 2023-08074 is currently set for trial in the state court on September 9, 2024.

### II.   DISCOVERY ONGOING

The parties are currently proceeding to take depositions of corporate representatives of the defendants, additional fact witnesses and will be scheduling expert depositions including medical experts and treaters in the near future.

### III.   MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

The parties also currently plan to jointly move the state court for a new docket control order requesting a new trial date and amended deadlines accordingly including a deadline by which to mediate the underlying state court case which if successful will dispose of this case.

*Honorable Judge Hittner*
May 31, 2024
Page 2 of 3

---

The parties will continue to timely inform this Court of the status of the underlying state court case should there be any relevant developments and/or proceed as this Court may further direct.

Sincerely,

**SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM**

_____
**SUSAN NOE WILSON**
Texas Bar No. 15055025
S.D. Tex. ID No. 15092
snoewilson@sbsb-eastham.com
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0446
Facsimile: (713) 574-2942

***Attorney-in-Charge for Petitioner, The Grand, Ltd. and Third-Party Defendants, Laredo Construction, Inc. and Laredo Offshore Services, Inc.,***

**OF COUNSEL:**

**SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAMPLLC**

| | |
|---|---|
| **MICHAEL W. HOGUE** | **DYLAN SPECK** |
| Texas Bar No. 09809800 | Texas Bar No. 24102528 |
| S.D. Tex. ID No. 8442 | S.D. Tex. ID No. 30353983 |
| mhogue@sbsb-eastham.com | dspeck@sbsb-eastham.com |
| 1001 McKinney, Suite 1400 | 1001 McKinney, Suite 1400 |
| Houston, Texas 77002 | Houston, Texas 77002 |
| Telephone: (713) 588-0446 | Telephone: (713) 588-0446 |
| Facsimile: (713) 574-2942 | Facsimile: (713) 574-2942 |

**CARRA MILLER**
Texas Bar No. 24103937
S.D. Tex. ID No. 3162385
cmiller@sbsb-eastham.com
807 N. Upper Broadway, Suite 201
Corpus Christi, Texas 78401
Telephone: (361) 356-1102

**MORROW & SHEPPARD LLP**

/s/ *John D. Sheppard*
John D. Sheppard
State Bar No. 24051331
Federal Bar No. 635193
P. Hogan Leatherwood
State Bar No.  24100138
Federal Bar No.  3596603
5151 San Felipe Street
Houston, Texas 77056
Telephone: (713) 489-1206
Facsimile: (713) 893-8370
All E-Service To:
msfiling@morrowsheppard.com
jsheppard@morrowsheppard.com
hleatherwood@morrowsheppard.com

***Attorneys for Claimant, Joshua Santos***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Joint Status Report of Petitioner and Claimant has been forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure on this 31st day of May 2024.

_____
**SUSAN NOE WILSON**